**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-CV-81294-ROSENBERG**

CARLOS ELTON ROBINSON,

    Petitioner,

v.

MARK S. INCH,

    Respondent.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

This matter is before the Court upon *pro se* Petitioner's Petition for Writ of Habeas Corpus which was previously referred to the Honorable Lisette M. Reid for a Report and Recommendation on any dispositive matters. On February 18, 2021, Judge Reid issued a Report and Recommendation recommending that Petitioner's Petition be denied. DE 12. Petitioner has filed no objections and the time period for such objections has passed. The Court has conducted a *de novo* review of Magistrate Judge Reid's Report and Recommendation and the record and is otherwise fully advised in the premises.

Upon review, the Court finds Judge Reid's recommendations to be well reasoned and correct. The Court agrees with the analysis in Judge Reid's Report and Recommendation and concludes that the Petition should be denied for the reasons set forth therein.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Reid's Report and Recommendation [DE 12] is hereby **ADOPTED**;

2. Petitioner's Petition [DE 1] is **DENIED**;

3. No certificate of appealability shall issue;

4. All other pending motions are **DENIED AS MOOT**; and

5. The Clerk of the Court is directed to **CLOSE THIS CASE**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 11th day of March, 2021.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record